Edward W. Choi, Esq. SBN 211334

edward.choi@choiandassociates.com

LAW OFFICES OF CHOI & ASSOCIATES

515 S. Figueroa Street, Suite 1250

Los Angeles, CA 90071

Telephone: (213) 381-1515

Facsimile: (213) 465-4885

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ELEANOR BURKE<br><br>Plaintiff(s)<br>v.<br><br>BOLT WIRELESS, INC., et al.<br><br>Defendant(s). | CASE NUMBER<br><br>2:17-cv-04280-DSF-JPR<br><br>**ADA DISABILITY ACCESS LITIGATION APPLICATION FOR STAY AND EARLY MEDIATION** |
|---|---|

1. Party (name): __Defendant BOLT WIRELESS, INC.__ requests a stay of proceedings and early mediation through the Court's ADR Program.

2. The complaint in this case alleges a claim under Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181-12189.

3. The party filing the Application for Stay and Early Mediation requests that the Court:
   a. Stay these proceedings;
   b. Schedule an early mediation through the court's ADR Program;
   c. Order plaintiff to file with the Court and serve on defendant(s) at least 45 days before the date set for the early mediation a statement that includes all of the following:
      1. An itemized list of specific conditions on the subject premises that are the basis of the claimed violations of the ADA;
      2. The amount of damages;
      3. The amount of attorneys' fees and costs incurred to date, if any, that are being claimed; and
      4. Any demand for settlement of the case in its entirety.
   d. If a defendant has remedied any or all of the violation(s) identified by plaintiff, or asserts that no violation exists, order that defendant to file with the Court and serve on plaintiff evidence showing the correction or absence of violation(s) at least 10 days before the date set for the early mediation.

Date: July 6, 2017

Edward W. Choi

Type or Print Name                                    Signature of Attorney or Party without Attorney

**Any party opposing the Application for Stay and Early Mediation
shall have seven (7) days from the date of service of this
Application for Stay and Early Mediation to file and serve an Opposition.**